| | |
|---|---|
| Michael Sanford<br>1248 Fortville Rd.<br>Haddock, Georgia. 31033<br>478.955.1656<br>　　　　　　Plaintiff<br><br>Robins Federal Credit Union<br>803 Watson Blvd.<br>Warner Robins, Georgia. 31095<br>478.923.3773<br>　　　　　　Defendant | (<br>(<br>(<br>(<br>( Civil Action No. **5 : 12-CV- 306**<br>(<br>(<br>( Jury Trial Demanded<br>(<br>(<br>(<br>( |

# Complaint

1. Plaintiff is a natural person domiciled at 1248 Fortville Rd. Haddock, Georgia. 31033

2. Defendant is a Federal Credit Union doing business from 803 Watson Blvd. Warner Robins, Georgia. 31095

## Statement of Claim

3. On 4/27/2012 defendant was presented two Electronic Funds Transfer Instruments(EFT) to set-off and discharge the debt associated with account #394654-01 for $9425.27 and account #394654-03 for $8905.23. These were accepted, executed and settled. Defendant has not released titles to vehicles associated with said accounts. Defendant is violating the Uniform Commercial Code(UCC) regarding the proper handling and treatment of financial instruments. UCC 4A-209, UCC 3-501(4), UCC 3-603, UCC 3-311(d) et al. Defendant is violating Plaintiff's secured property rights pursuant to the 4th and 5th amendments to the Federal Constitution by withholding titles, negotiable instruments and money. All assets of the Plaintiff.

4. Defendant has and continues to induce payments on these previously discharged accounts. Fraud, theft by deception.

5. Defendant charged a cash advance to a credit card account of the Plaintiff without Plaintiff's

knowledge or consent, a fraud.

6. See attached Affidavit of Events regarding RFCU.

## Demand for Remedy

7. Plaintiff seeks release of lien and delivery of titles to said accounts.

8. Plaintiff seeks return of all payments made after 4/27/2012.

9. Plaintiff seeks punitive damages of $35,000 for a) laying false cash advance to Plaintiffs credit card account b) failing to properly credit Plaintiffs accounts c) violating plaintiffs secured property rights as evidenced by the Bill of Rights of the Federal Constitution d) fraud e) theft by deception and f) violations of the Uniform Commercial Code.

10. Court fees.

11. Jury trial is demanded.

*[signature]* 8-1-12

Michael Sanford
1248 Fortville Rd.
Haddock, Georgia. 31033
478.955.1656